AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Robert Bailey,

    Plaintiff,                  **JUDGMENT IN A CIVIL CASE**

vs.

                                      Case Number: 3:06-3228-MBS

Commissioner of Social Security,

    Defendant.

**[X] Decision on the Record.**  This action came before the court on the record, The Honorable Joseph R. McCrorey , United States Magistrate Judge presiding.   The issues having been reviewed and the Court having reversed the Commissioner's decision pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner for further proceedings,

      **IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is reversed pursuant to Sentence Four of 42 U.S.C. § 405(g), with a remand of the case to the Commissioner to properly evaluate the opinion of Plaintiff's treating Physician, Dr. Oates in light of all the evidence to determine if Plaintiff can perform his past relevant work; and continue the sequential evaluation process if necessary

                                                    LARRY W.  PROPES, Clerk

                                                    By: s/Angie Snipes
                                                          Deputy Clerk

March 10, 2008